```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 07 B 01402
    SANDRA L MCCULLOUGH
                                         CHAPTER 13

                                         JUDGE: JACQUELINE P COX

        Debtor
    SSN XXX-XX-2171

--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 01/26/2007 and was confirmed 04/23/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 09/17/2007.
--------------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                               PAID          PAID
--------------------------------------------------------------------------------
AT&T WIRELESS               UNSECURED         NOT FILED          .00           .00
CITY OF CHICAGO PARKING     UNSECURED           3825.00          .00           .00
SBC AMERITECH               UNSECURED         NOT FILED          .00           .00
COMCAST                     UNSECURED         NOT FILED          .00           .00
CITY OF BLUE ISLAND         UNSECURED         NOT FILED          .00           .00
CITY OF BLUE ISLAND         UNSECURED         NOT FILED          .00           .00
CITY OF BLUE ISLAND         UNSECURED         NOT FILED          .00           .00
CITY OF BLUE ISLAND         UNSECURED         NOT FILED          .00           .00
CITY OF BLUE ISLAND         UNSECURED         NOT FILED          .00           .00
FIRST PREMIER BANK          UNSECURED         NOT FILED          .00           .00
IQ TELECOM                  UNSECURED         NOT FILED          .00           .00
VHN LLC                     UNSECURED         NOT FILED          .00           .00
BLUE ISLAND RADIOLOGY       UNSECURED         NOT FILED          .00           .00
ST IL TOLLWAY AUTHORITY     UNSECURED         NOT FILED          .00           .00
JEFFERSON CAPITAL SYSTEM    UNSECURED            863.28          .00           .00
ASPIRE                      UNSECURED         NOT FILED          .00           .00
GREGORY EMERGENCY PHYSIC    UNSECURED         NOT FILED          .00           .00
NICOR GAS                   UNSECURED            672.59          .00           .00
PEOPLES GAS LIGHT & COKE    UNSECURED            953.63          .00           .00
CITY OF BLUE ISLAND         UNSECURED         NOT FILED          .00           .00
CITY OF BLUE ISLAND         UNSECURED         NOT FILED          .00           .00
T MOBILE                    UNSECURED         NOT FILED          .00           .00
ATT                         UNSECURED         NOT FILED          .00           .00
YOLANDA WILLIAMS            UNSECURED         NOT FILED          .00           .00
RMI/MCSI                    UNSECURED           1200.00          .00           .00
ROBERT J SEMRAD & ASSOC     DEBTOR ATTY        1,984.00                     562.80
TOM VAUGHN                  TRUSTEE                                          37.20
DEBTOR REFUND               REFUND                                             .00

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                            RECEIPTS           DISBURSEMENTS

                 PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 01402 SANDRA L MCCULLOUGH
```

```
-------------------------------------------------------------------------------
TRUSTEE                                    600.00

PRIORITY                                                                   .00
SECURED                                                                    .00
UNSECURED                                                                  .00
ADMINISTRATIVE                                                          562.80
TRUSTEE COMPENSATION                                                     37.20
DEBTOR REFUND                                                              .00
                                      ---------------       ---------------
TOTALS                                     600.00                       600.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 12/27/07                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                              PAGE   2
            CASE NO. 07 B 01402 SANDRA L MCCULLOUGH